IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL ARIWODO,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT, *et al.*,<br>    *Defendants*. | § § § § § § § § §     CIVIL ACTION H-04-4572 |

## FINAL JUDGMENT

On April 2, 2007, this case was called to trial.  A jury of eight was properly selected and sworn on April 2, 2007, and testimony and evidence commenced thereafter through April 4, 2007.  In accordance with the jury's verdict rendered on April 5, 2007, the Court finds that FINAL JUDGMENT should be entered in favor of the Defendants Carlos Piñero and Sergio Yebra.  It is therefore ORDERED that the plaintiff Michael Ariwodo shall take nothing on his claims against defendants Carlos Piñero and Sergio Yebra.  Plaintiff's claims against these defendants are DISMISSED WITH PREJUDICE.  Also, as the court has previously ordered, plaintiff's claims against defendants U.S. Immigration and Customs Enforcement (ICE), United States of America, Robert Shifflett, and Charles Arendale are DISMISSED WITH PREJUDICE.  *See* Dkts. 51, 75.

Taxable court costs are assessed against the plaintiff.

All relief not expressly granted herein is DENIED.  This is a FINAL JUDGMENT.

It is so ORDERED.

Signed at Houston, Texas on April 10, 2007.

_____
Gray H. Miller
United States District Judge